# Court of Appeals
# of the State of Georgia

ATLANTA,　May 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0316.  JOHN BARTOW REYNOLDS, et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This application arises from a dispossessory action brought by Federal National Mortgage Association against John Bartow Reynolds and Mildred Lucille Reynolds in the Magistrate Court of Lamar County. The magistrate court granted a writ of possession, and the Reynoldses appealed to superior court.  The Reynoldses amended their complaint several times, raising counterclaims against Federal National for conversion, punitive damages, conspiracy, and declaratory judgment, as well as several other claims against Chase Bank. Chase Bank filed a motion for summary judgment, and the Reynoldses voluntarily dismissed their counterclaims and amendments asserted against Chase Bank.

On March 7, 2013, the superior entered an order granting summary judgment to Federal National, dismissing the counterclaims with prejudice, and directing the issuance of a writ of possession to Federal National. On April 8, 2013, the Reynoldses filed this application for discretionary appeal.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Since OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed, whether directly or by

application, within seven days of the entry of the final judgment, this application is untimely. Accordingly, this application is hereby *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 05/08/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*